# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2625
_____

GAYNETT POWELL,

   Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


February 28, 2025


PER CURIAM.

   DISMISSED.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gaynett Powell, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.